**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 5:05CR70 |
| | ) | |
| Plaintiff | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Teresa Walker | ) | |
| | ) | |
| Defendant | ) | |

The defendant and her counsel, Debra Migdal appeared before this Court on September 1, 2006.

A report and recommendation was filed on August 1, 2006. The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of her terms and conditions of supervised release as stated in paragraphs 1 and 3 in the Violation Report filed on July 20, 2006.

IT IS ORDERED that the defendant's supervision is revoked and defendant be committed to the custody of the Bureau of Prisons for a period of three (3) months. Upon release from confinement the term of supervised release is terminated. The collection of restitution shall be pursued through the U.S. Attorney's Financial Litigation Unit.

IT IS FURTHER ORDERED that the defendant's bond is continued until September 5, 2006, on which date the defendant shall self-surrender to the United States Marshal prior to 1:00 p.m.

September 5, 2006          *s/David D. Dowd, Jr.*
Date                       DAVID D. DOWD, JR.
                           U. S. DISTRICT JUDGE